# MARGARET M. SHALLEY, ESQ.

MARGARET M. SHALLEY & ASSOCIATES, LLC
225 Broadway, Suite 715
New York, NY 10007
917-841-0231 (Phone)
212-566-8165 (Fax)
margaretshalley@aol.com

April 26, 2022

**BY ECF**
The Honorable Judge Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007



Re:   *U.S. v. Anthony McDade*
      **19 Cr. 846 (KPF)**

Honorable Judge Failla:

    I represent Anthony McDade in the above-referenced matter. Mr. McDade's sentencing is currently scheduled for May 11, 2022. The purpose of this letter is to respectfully request a 60-day adjournment of the sentencing. Counsel has not yet received letters from Mr. McDade's family and friends, which are to be included in his sentencing submission. Additionally, a final presentence report (PSR) has not been completed. An adjournment of 60-days will provide sufficient time for counsel to receive the final PSR and documents from Mr. McDade and review the final submission with Mr. McDade before filing. This is the first request for an adjournment of his sentencing, and the Government has no objection to this request. Accordingly, it is respectfully requested that the Court adjourn the sentencing for 60-days, to the week of July 11, 2022, or a date that is convenient to the Court.

    The Court's time and consideration of this matter are greatly appreciated.

Respectfully submitted,

/ s /

Margaret M. Shalley

cc:   All Counsel
      (*via ECF*)

1

Application GRANTED. Mr. McDade's sentencing, currently scheduled for May 11, 2022, is hereby ADJOURNED to **July 14, 2022, at 3:30 p.m.** The Clerk of Court is directed to terminate the pending motion at docket number 259.

Dated:    April 26, 2022          SO ORDERED.
         New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE