UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | |
|---|---|
| -v.- | 19 Cr. 846-12 (KPF) |
| ANTHONY MCDADE, | **ORDER** |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

The sentencing scheduled for August 30, 2022, is hereby ADJOURNED to **October 12, 2022, at 3:00 p.m.** At the scheduled date and time, the parties shall appear in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

Dated: August 26, 2022
New York, New York

KATHERINE POLK FAILLA
United States District Judge